**UNITED STATES of America,**
**Appellee,**

v.

**Marcus J. GLOVER, Appellant.**

**No. 06–2538.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2007.

Filed: Aug. 14, 2007.

Michelle M. Law, Springfield, MO, for appellant.

Robyn L. McKee, Asst. U.S. Atty., Springfield, MO, for appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Marcus J. Glover appeals the 168–month prison sentence the district court[1] imposed after he pleaded guilty to conspiring to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. On appeal, Glover's counsel has moved to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Glover's written plea agreement contains a valid appeal waiver which encompasses the argument that counsel raises on

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

appeal, and we conclude that the waiver is enforceable and that enforcing it would not cause a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (discussing enforceability of appeal waiver); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and finding no non-frivolous issues not covered by the waiver, we enforce the waiver and dismiss this appeal. We grant counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari.